CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 15 2007

JOHN F. CORCORAN, CLERK
BY: S. Taylor
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| CHAD VICARS, ) | |
| Plaintiff, ) | Civil Action No. 7:07CV00372 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| MRS. MAINE, <u>et al.</u>, ) | By: Hon. Glen E. Conrad |
| Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this case is hereby **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B), and the matter shall be stricken from the active docket of the court. Any pending motions are hereby **DENIED as MOOT**. Plaintiff is hereby advised that this dismissal constitutes his second strike pursuant to 28 U.S.C. § 1915(g).

The plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 14th day of August, 2007.

/s/ Glen E. Conrad
United States District Judge